**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6515**

EDDIE MURPHY,

   Plaintiff - Appellant,

  v.

OFFICER LEROY CONRAD, CO II; OFFICER DEAN W. ROUNDS, SR., CO II;
OFFICER SHAWN MURRAY, CO II; OFFICER KEVAN WHETSTONE, CO II;
COLIN OTTEY, M.D.; JENNIFER GILES, R.N. at WCI,

   Defendants – Appellees,

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,

   Party-in-Interest – Appellee.


Appeal from the United States District Court for the District of Maryland, at Greenbelt.
George Jarrod Hazel, District Judge.  (8:16-cv-00246-GJH)


Submitted:  June 20, 2017          Decided:  June 23, 2017


Before SHEDD, WYNN, and DIAZ, Circuit Judges.


Dismissed by unpublished per curiam opinion.

Eddie Murphy, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, Christopher Michael Balaban, Joseph Barry Chazen, Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Murphy seeks to appeal the district court's order granting summary judgment to Officer Leroy Conrad, CO II; Officer Dean W. Rounds, Sr., CO II; Officer Shawn Murray, CO II; and Officer Kevan Whetstone, CO II; the action remains pending as to two other Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Murphy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*